United States District Court
Southern District of New York

---

COACH, INC., ET AL.,

                Plaintiffs,        10 Civ. 4902 (JGK)

    - against -                  ORDER

REGGAE HOT SPOT, INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court has received the Report and Recommendation of Magistrate Judge Ellis dated December 7, 2010. No objections have been filed and the Court finds that the Report and Recommendation are well founded. The Court therefore adopts the Report and Recommendation.

    The plaintiffs are directed to submit a proposed judgment by **January 18, 2011**. The defendant Reggae Hot Spot, Inc. may submit any counter-judgment by **January 20, 2011**.

SO ORDERED.

Dated:    New York, New York
            January 4, 2011

                                      John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-11